Certificate Number: 05781-MIE-DE-041188152

Bankruptcy Case Number: 23-47157



05781-MIE-DE-041188152

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 9, 2026</u>, at <u>3:36</u> o'clock <u>PM PDT</u>, <u>Elizaebth Lemay</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date: <u>July 9, 2026</u>        By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>